ORIGINAL

FILED IN OPEN COURT
U.S.D.C. Atlanta

MAY 2 5 2022

Kevin P. Weimer, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TRENT ANDREW ALLISON | Criminal Indictment<br><br>No. 3 22-CR-006 |

THE GRAND JURY CHARGES THAT:

### Count One

Beginning on or about September 25, 2021, and continuing through on or about September 29, 2021, in the Northern District of Georgia and elsewhere, the defendant, TRENT ANDREW ALLISON, did knowingly transport S.P., an individual who had not attained the age of 18 years, in interstate commerce, from the State of Georgia to the State of Tennessee, with intent that S.P. engage in sexual activity for which the defendant could be charged with a criminal offense, that is, statutory rape, in violation of State of Tennessee Code Section 39-13-506.

All in violation of Title 18, United States Code, Section 2423(a).

### Forfeiture

Upon conviction of the offense alleged in this indictment, the defendant, TRENT ANDREW ALLISON, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2428, any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offense and any property, real or personal, constituting or derived from any

proceeds obtained, directly or indirectly, as a result of the offense, including but not limited to the following:

    (a) MONEY JUDGMENT: A sum of money in United States currency representing the amount of proceeds obtained as a result of the offense for which the defendant is convicted.

If, as a result of any act or omission of the defendant, any property subject to forfeiture:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

A \_\_\_\_\_TRUE\_\_\_\_\_ BILL

_____
FOREPERSON

RYAN K. BUCHANAN
*United States Attorney*

*Erin N. Spritzer*
ERIN N. SPRITZER
 *Assistant United States Attorney*
Georgia Bar No. 152374

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181